[No. 13620–8–I.   Division One.   April 21, 1986.]

KEITH N. SHERLIE, JR., *Appellant,* v. NOBBY'S
RESTAURANT, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King

County, No. 82-2-09169-3, H. Joseph Coleman, J., entered July 20, 1983. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Ringold, A.C.J., and Johnsen, J. Pro Tem.